1   Taylor J. Wright (California State Bar No. 288609)
        E-mail: twright@mabr.com
2   Larry R. Laycock (Utah State Bar No. 4868; *Pro Hac Vice* Forthcoming)
        E-mail: llaycock@mabr.com
3   Adam B. Beckstrom (Utah State Bar No. 14127; *Pro Hac Vice* Forthcoming)
        E-mail: abeckstrom@mabr.com
4
5   MASCHOFF BRENNAN
    20 Pacifica, Suite 1130          &          201 South Main St., Suite 600
6   Irvine, California 92618                    Salt Lake City, Utah 84111
    Telephone:  (949) 202-1900                  Telephone: (435) 252-1360
7   Facsimile:  (949) 453-1104                  Facsimile:  (435) 252-1361

8   Attorneys for Plaintiff Sundesa, LLC

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11   Sundesa, LLC, a Utah Limited Liability     Civil Action No.  **SACV13-01981 JLS (DFMx)**
     Company,
12
                    Plaintiff,                  **COMPLAINT FOR PATENT
13                                               INFRINGEMENT**
              v.
14
     Chemi-Source, Inc., a California
15   Corporation, and Metabolic Response        **[Demand for Jury Trial]**
     Modifiers, Inc., a California Corporation,
16
                    Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

                    COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Sundesa, LLC ("Sundesa") complains against Chemi-Source, Inc. and Metabolic Response Modifiers, Inc. (collectively "Defendants") for the causes of action alleged as follows:

## THE PARTIES

1.     Sundesa is a limited liability company duly organized and existing under the laws of the State of Utah, with its principal place of business located at 284 South 700 West, Pleasant Grove, Utah 84062.

2.     Sundesa alleges Chemi-Source, Inc. is a corporation organized and existing under the laws of the State of California with its principal place of business located at 5 Hubble, Irvine, California 92618.

3.     Sundesa alleges Metabolic Response Modifiers, Inc. is a corporation organized and existing under the laws of the State of California with its principal place of business located at 2633 W. Pacific Coast Highway B, Newport Beach, California 92663.

## JURISDICTION AND VENUE

4.     This is a civil action for patent infringement arising under the patent laws of the United States 35 U.S.C. §§ 1 *et seq.*, including 35 U.S.C. § 271.

5.     This Court has original jurisdiction over the subject matter of this action under at least 28 U.S.C. §§ 1331 and 1338(a).

6.     This Court has personal jurisdiction over Defendants because Defendants have purposely availed themselves of the privileges and benefits of the laws of the State of California.

7.     Defendants do, and have done, substantial business in this judicial District, including: (i) regularly doing business or soliciting business by virtue of Defendants' nationwide sales and offers to sell through interactive and commercial website(s) which direct(s) Defendants' services and products to California residents; and (ii) engaging in other persistent courses of conduct, and/or deriving substantial revenue from products and/or services provided to persons in this District and State.

1

COMPLAINT FOR PATENT INFRINGEMENT

8.      This Court's exercise of personal jurisdiction over Defendants is consistent with the Constitutions of the United States and the State of California.

9.      Venue is proper in this judicial district under at least 28 U.S.C. §§ 1391 and 1400.

## FACTUAL BACKGROUND

10.     Sundesa's technological innovations are protected by, *inter alia*, a portfolio of utility and design patents, including United States Design Patent No. D510,235 (the "'235 Design Patent").

11.     Sundesa has marked all products embodying the claims of the '235 Design Patent since introduction to the market.

12.     Sundesa is an exclusive licensee of the '235 Design Patent and has been granted all rights thereunder, including the right and standing to enforce the '235 Design Patent.

13.     Defendants are in the business of selling nutritional supplements and accessories. In particular, Defendants sell and offer for sale, *inter alia*, MRM Shaker Cups that embody the claimed design of the '235 Design Patent (the "Accused Products").

14.     The Accused Products have no substantial non-infringing uses.

15.     The design of the Accused Products are substantially the same as the design that is the subject matter of the '235 Design Patent.

16.     Furthermore, the design of the Accused Products is so similar to the design that is the subject matter of the '235 Design Patent that customers are likely to be deceived and persuaded to buy the Accused Products thinking they are actually buying products protected by the '235 Design Patent.

17.     On information and belief, Defendants had pre-suit knowledge of the '235 Design Patent at least because of Sundesa's marking of its products embodying the claims of the '235 Design Patent. Commensurate with this filing, Sundesa mailed

2

1  Metabolic a courtesy copy of this Complaint and the '235 Design Patent. Thus, Metabolic
2  has had knowledge of the '235 Design Patent at least since filing of this Complaint.

### FIRST CLAIM FOR RELIEF

### (Infringement of the '235 Design Patent)

5      18.    By this reference Sundesa realleges and incorporates the foregoing
6  paragraphs as though fully set forth herein.

7      19.    Defendants have infringed, and continue to infringe the '235 Design Patent
8  by offering to sell, selling, or importing, in this District, and elsewhere in the United
9  States, the Accused Products, the design of which is substantially the same as the
10  ornamental design of the '235 Design Patent.

11      20.    Defendants' actions constitute infringement of the '235 Design Patent in
12  violation of 35 U.S.C. § 271.

13      21.    Sundesa has sustained damages and will continue to sustain damages as a
14  result of Defendants' aforementioned acts of infringement.

15      22.    Sundesa is entitled to recover damages sustained as a result of Defendants'
16  wrongful acts in an amount to be proven at trial.

17      23.    Defendants' infringement of Sundesa's rights under the '235 Design Patent
18  will continue to damage Sundesa's business, causing irreparable harm, for which there is
19  no adequate remedy at law, unless Defendants are enjoined by this Court.

20      24.    Defendants have willfully infringed the '235 Design Patent, entitling
21  Sundesa to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs
22  incurred in prosecuting this action under 35 U.S.C. § 285.

23      25.    Alternatively, Plaintiff is entitled to recover Defendants' total profits from
24  their sale of the Accused Products under 35 U.S.C. § 289.

### PRAYER FOR RELIEF

26  Sundesa prays for judgment as follows:

27      A.    A judgment finding Defendants liable for infringement of the claims of the
28  '235 Design Patent;

3

COMPLAINT FOR PATENT INFRINGEMENT

1          B.     Orders of this Court temporarily, preliminarily, and permanently enjoining

2    Defendants, their agents, servants, and any and all parties acting in concert with any of

3    them, from directly or indirectly infringing in any manner any of the claims of the '235

4    Design Patent, pursuant to at least 35 U.S.C. § 283;

5          C.     An award of damages adequate to compensate Sundesa for Defendants'

6    infringement of the '235 Design Patent, in an amount to be proven at trial, or in the

7    alternative, an award of Defendants' total profits under 35 U.S.C. § 289;

8          D.     An award of treble Sundesa's damages, pursuant to at least 35 U.S.C. § 284;

9          E.     A declaration that this is an exceptional case and that Sundesa be awarded its

10   attorney fees and expenses, pursuant to at least 35 U.S.C. § 285;

11         F.     An award of Sundesa's costs in bringing this action, pursuant to all

12   applicable state statutory and common law, including at least 35 U.S.C. § 284;

13         G.     An award of Sundesa's attorney fees, pursuant to all applicable state

14   statutory and common law.

15         H.     Prejudgment interest, pursuant to at least 35 U.S.C. § 284;

16         I.     Post-judgment interest, pursuant to at least 28 U.S.C. § 1961(a); and

17         J.     For such other and further relief as the Court deems just and equitable.

18                                 **DEMAND FOR JURY TRIAL**

19        Sundesa demands trial by jury on all claims and issues so triable.

20

21   DATED:  December 20, 2013        Larry R. Laycock

22                                  Taylor J. Wright

23                                  Adam B. Beckstrom

                                      **MASCHOFF BRENNAN**

24

25                                 By: _____

26                                      Taylor J. Wright

                               Attorneys for Plaintiff

27                                  Sundesa, LLC

28

COMPLAINT FOR PATENT INFRINGEMENT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Josephine L. Staton_____ and the assigned Magistrate Judge is _____Douglas F. McCormick_____ .

The case number on all documents filed with the Court should read as follows:

## SACV13-01981 JLS (DFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____December 20, 2013_____
Date

By _____M. Barr_____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ Western Division | ☒ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)          NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Sundesa, LLC, a Utah Limited Liability Company

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Chemi-Source, Inc., a California Corporation, and Metabolic Response Modifiers, Inc., a California Corporation

**(b)** County of Residence of First Listed Plaintiff    Utah County, UT
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Maschoff Brennan                    &          Maschoff Brennan
201 South Main Street, Suite 600              20 Pacifica, Suite 1130
Salt Lake City, UT 84111                      Irvine, CA 92618
(435) 252-1360                                (949) 202-1900

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding    ☐ 2. Removed from State Court    ☐ 3. Remanded from Appellate Court    ☐ 4. Reinstated or Reopened    ☐ 5. Transferred from Another District (Specify)    ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No    (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes  ☐ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ subject to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

35 U.S.C. Section 271 & 35 U.S.C. Section 284; Patent Infringement

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **TORTS** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | **PERSONAL PROPERTY** | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 442 Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 445 American with Disabilities-Employment | ☐ 790 Other Labor Litigation | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 791 Employee Ret. Inc. Security Act | |
| | | | ☐ 448 Education | | |

**FOR OFFICE USE ONLY:**    Case Number:    **SACV13-01981 JLS (DFMx)**

CV-71 (11/13)                              CIVIL COVER SHEET                              Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [ ] Yes  [x] No<br><br>If "no," go to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | [ ] Los Angeles | Western |
| | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| Question B:  Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| [ ] Yes  [x] No<br><br>If "no," go to Question C.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | A PLAINTIFF?<br><br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br><br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | [ ] Los Angeles | [ ] Los Angeles | Western |
| | [ ] Ventura, Santa Barbara, or San Luis Obispo | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | [ ] Riverside or San Bernardino | Eastern |
| | [ ] Other | [ ] Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | [ ] | [ ] | [ ] | [ ] | [x] | [ ] |
| Indicate the location in which a majority of defendants reside: | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |
| Indicate the location in which a majority of claims arose: | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| **C.1. Is either of the following true?  If so, check the one that applies:** | **C.2. Is either of the following true?  If so, check the one that applies:** |
|---|---|
| [x] 2 or more answers in Column C<br><br>[ ] only 1 answer in Column C and no answers in Column D<br><br>Your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question D, below.<br><br>If none applies, answer question C2 to the right. ➡ | [ ] 2 or more answers in Column D<br><br>[ ] only 1 answer in Column D and no answers in Column C<br><br>Your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question D, below.<br><br>If none applies, go to the box below. ⬇ |

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | SOUTHERN |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court** and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed **in this court** that are related to the present case?   ☐ NO   ☒ YES

If yes, list case number(s):   Cases have not been assigned case numbers. A separate Notice of Related Cases will be filed once cases are assigned.

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☒ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   _[signature]_   DATE: 12/20/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |