JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sundesa, LLC, a Utah Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> Chemi-Source, Inc., a California Corporation, and Metabolic Response Modifiers, Inc., a California Corporation <br><br> Defendants. | Case No.: SACV13-01981-JLS (DFMx)) <br><br> **CONSENT JUDGMENT OF INFRINGEMENT AND ORDER FOR PERMANENT INJUNCTION** <br><br> Assigned For All Purposes To: <br> Hon. Josephine L. Staton <br> Courtroom 10A <br><br> Complaint Filed: December 20, 2013 <br> Trial Date: Not Assigned |

WHEREAS Plaintiff Sundesa, LLC ("Sundesa") and Defendant Chemi-Source, Inc. d/b/a Metabolic Response Modifiers, Inc. ("MRM") have agreed to settlement of the issues between them and to entry of this consent judgment of infringement and order for permanent injunction, it is ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

## STIPULATION

To resolve the dispute by settlement and agreement, without the necessity of extensive litigation and the expenses and inconveniences incident thereto, Sundesa and MRM have agreed to enter into a settlement agreement, wherein MRM agrees to cease making, using, selling, offering for sale, or importing into the United States any MRM Shaker Cups, or any other product that falls within the scope of one or more claims of United States Design Patent No. D510,235 (the "'235 Design Patent").  MRM further agrees to destroy any remaining MRM Shaker Cups in its possession. Sundesa and MRM expressly agree to each of the "Stipulated Findings of Fact and Conclusions of Law" in the following section.

## STIPULATED FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. Sundesa is a Utah limited liability company having its principal place of business in Lehi, UT.

2. MRM is a California Corporation with its principle place of business in Irvine, California.

3. Sundesa owns the '235 Design Patent.

4. MRM has sold, and offered for sale, MRM Shaker Cups that fall within the scope of one or more of the claims of Sundesa's '235 Design Patent.

5. MRM has a number of remaining MRM Shaker Cup units in its possession.

6. Sundesa filed a complaint in United States District Court for the Central District of California, Case No.: SACV13-01981-JLS (DFMx), against MRM for infringement of Sundesa's '235 Design Patent.

7. The MRM Shaker Cups infringe at least one valid claim of Sundesa's '235 Design Patent.

## ORDER

MRM, its agents, officers, servants, employees, and attorneys, and all persons in active concert and participation with them who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from making, using,

1  selling, offering for sale, and importing into the United States MRM Shaker Cups or any
2  other product falling within the scope of Sundesa's '235 Design Patent.

**SO ORDERED:**

Dated: May 1, 2014

_____
Honorable Josephine L. Staton
United States District Judge